JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SHARI CIOTTI, | CASE NO. 8:21-CV-1392-JVS-KES |
| Plaintiff, | **ORDER** |
| vs. | |
| COSTCO WHOLESALE CORPORATION, A CALIFORNIA CORPORATION and DOES 1 TO 20, inclusive, | |
| Defendants, | |

The Court hereby vacates all currently set dates and dismisses this case with prejudice.

Dated: December 07, 2021

_____
United States District Judge James V Selna

Attorneys for Plaintiff

---

Case No.: 8:20-cv-00031 JLS (DFMx)          1          ORDER